UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MC19-0121RSL |
| Plaintiff, | |
| v. | ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |
| RANDY SPARKS, | |
| Defendant/Judgment Debtor, | |
| v. | |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | |
| Garnishee. | |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Randy Sparks, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Midland National Life Insurance Company. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on September 6, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

1    Dated this 17th day of September, 2019.

2                                    _MrS Lasnik_____

3                                    Robert S. Lasnik

4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT        -2-