**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDY SPARKS, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> MIDLAND NATIONAL LIFE INSURANCE COMPANY, <br><br> Garnishee. | NO. 2:19-MC-00121-RSL <br><br> (2:18-CR-00107-RSL-1) <br><br> **Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Midland National Life Insurance, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Midland National Life Insurance, filed its Answer on September 27, 2019, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Flexible Premium Deferred Annuity account, no. XXXXXX3568, valued at $115,570.05, in which Mr. Sparks maintains an interest and is fully vested, with no surrender charges, as of September 23, 2019.

CONTINUING GARNISHMENT ORDER
(*USA v. Randy Sparks & Midland National Life Insurance Co.,*
*Court Nos*. **2:19-MC-00121-RSL / 2:18-CR-00107-RSL-1**) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Sparks on or about September 19, 2019, Mr. Sparks has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Midland National Life Insurance Company, shall pay to the United States District Court for the Western District of Washington, the entire amount (less income tax withholdings, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Flexible Premium Deferred Annuity account no. XXXXXX3568, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Sparks's balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Sparks's outstanding obligation in Case No. 2:18-cr-00107-RSL-1 (W.D. Wash.), by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:18-cr-00107-RSL-1 and 2:19-MC-00121-RSL, and delivered personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER**
(*USA v. Randy Sparks & Midland National Life Insurance Co.,*
*Court Nos*. **2:19-MC-00121-RSL / 2:18-CR-00107-RSL-1**) - 2

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 4th day of December, 2019.

*[signature: Robert S. Lasnik]*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER**
(*USA v. Randy Sparks & Midland National Life Insurance Co.,*
*Court Nos*. **2:19-MC-00121-RSL / 2:18-CR-00107-RSL-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970